377 A.2d 172

Commonwealth v. Hall, Appellant.

Submitted November 8, 1976. Duke George, Jr., Assistant Public Defender, and Dante G. Bertani, Public Defender, for appellant; Robert G. Weisgerber, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in his dissenting opinion in *Commonwealth v. Walak*, 228 Pa.Superior Ct. 404, 411, 323 A.2d 886, 890 (1974). See also *Commonwealth v. Bradshaw*, 238 Pa.Superior Ct. 22, 36, 364 A.2d 702, 709 (1975) (concurring and dissenting opinion by SPAETH, J.).